COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER OF REINSTATEMENT

Appellate case:          No. 01-12-00967-CR; *Richard Dennis Harris v. The State of Texas*
Trial court case:        No. 1289692, in the 338th District Court of Harris County, Texas

This appeal is reinstated on this Court's active docket.

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
          ☑ Acting individually     ☐ Acting for the Court

Date: March 15, 2013